# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LORRAINE FRANCIS GOZZETTI** | **CASE NO.  6:19-CV-01533** |
| **VERSUS** | **JUDGE JUNEAU** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to re-evaluate the weight to be given to the opinions of Dr. Walker. The claimant should be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 2nd day of October, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE